175 A.3d 170

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANDRE DEMELO, DEFENDANT–PETITIONER.

C–353 September Term 2017
079571

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003903–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 170

ESTATE OF PATRICIA M. QUINN, PLAINTIFF–RESPONDENT,
v. MICHAEL F. QUINN (DECEASED), DEFENDANT.
(MARITA QUINN–PETITIONER)

C–327 September Term 2017
079877

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001490–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.